JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US AIRLINE SERVICES, LLC, a Texas Limited Liability Company; and MITESH RAMANI, an individual,<br><br>            Plaintiffs,<br>v.<br><br>ELECTRONIC COMMERCE, LLC, a Delaware limited liability company; COMMERCIAL BANK OF CALIFORNIA, a California Corporation; ECOMMERCE SAAS LLC, an Arizona limited liability company; TANGRAM, a business entity of unknown origin; DARNELL PONDER, an individual, KHAAZRA MAARANU, an individual; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 8:21-cv-01436-KK-KES<br><br>**JUDGMENT** |

# FINAL JUDGMENT

Plaintiffs, US AIRLINE SERVICES, LLC, a Texas Limited Liability Company; and MITESH RAMANI an individual, having commenced this action by filing its Complaint herein, and Plaintiffs and Defendant Electronic Commerce, LLC, a Delaware limited Liability Company, by their respective attorneys, having consented to the entry of this Final Judgment without trial or adjudication of any issue of fact or law herein and without this Final Judgment constituting any evidence against or an admission by the defendant with respect to any allegation of the Complaint;

NOW, THEREFORE, before the taking of any testimony and without trial or adjudication of any issue of fact or law herein and upon consent of the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:.

1. This Court has jurisdiction of the subject matter of this action and of each of the parties consenting hereto;

2. This Final Judgment applies to defendant Electronic Commerce, LLC and its successors and assigns;

3. Judgment in the amount of $75,000 is entered in favor of the Plaintiffs, US AIRLINE SERVICES, LLC, and MITESH RAMANI, jointly and severally, and against defendant, Electronic Commerce, LLC.;

4. The Parties shall bear their own fees and costs.

Dated: March 14, 2024

_____
United States District Judge